**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| KP Innovations 2, LLC, | |
| Plaintiff, | |
| v. | Civil Action No. 1:24-cv-00170 |
| SAMSUNG ELECTRONICS CO., LTD., and SAMSUNG ELECTRONICS AMERICA, INC., | JURY TRIAL DEMANDED |
| Defendants. | |

## <u>ORDER</u>

Before the Court is Samsung Electronics Co., Ltd.'s, Samsung Electronics America, Inc.'s, and KP Innovations 2, LLC's Motion and Stipulation to Stay the Case Pending *Ex Parte* Reexamination of the asserted patent. Having considered the motion, the Court hereby **ORDERS** that the joint motion is **GRANTED**.

**IT IS THEREFORE ORDERED** that the above-captioned case is stayed pending EPR according to the following conditions:

1. Samsung filed EPR No. 90/015,686 on November 14, 2025;

2. The EPR stay shall be self-terminating and lifted automatically on the earliest date that the EPR is not instituted as to any of claims 18-21, any of claims 18-21 is confirmed as patentable, or the EPR is otherwise terminated for any other reason as to any of claims 18-21;

3. Even if none of the conditions under bullet point 2 are met, the parties will revisit the appropriateness of the stay every six (6) months from November 14, 2025, as to whether the stay should be lifted; and

4. Samsung will not seek another stay of this litigation in connection with any IPR or

any EPR, and Samsung will not seek another stay of this litigation for any other

reason absent exceptional circumstances.

IT IS SO ORDERED this 25th day of November, 2025.

 

 

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE